UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER WILLIAMS,                    Case No. 2:15-cv-13411
                                      Hon. Arthur J. Tarnow
       Plaintiff,                    Magistrate Judge R. Steven Whalen
v.

ABAJI HOSPITALITY, LLC, dba
"VILLAGER INN OF INKSTER," and
RAMESHEHANDRA PATEL,

       Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to either party. This order resolves the last pending claim and closes the case.

Dated: September 14, 2016                            s/Arthur J. Tarnow
                                                             Hon. Arthur J. Tarnow

**Approved by:**

By: */s/ Caitlin E. Malhiot*
GOLD STAR LAW, P.C.
David A. Hardesty (P38609)
Caitlin E. Malhiot (P76606)
Attorneys for Plaintiff
2701 Troy Center Dr., Ste. 400
Troy, Michigan 48084
(248) 275-5200
dhardesty@goldstarlaw.com
cmalhiot@goldstarlaw .com

*By:/s/Terry W. Bonnette*
NEMETH LAW, P.C.
Terry W. Bonnette (P67692)
Kellen Myers (P73456)
Attorneys for Defendants
200 Talon Centre, Suite 200
Detroit, MI 48207
(313) 567-5921
tbonnette@nemethlawpc.com
kmyers@nemethlawpc.com

Dated: September 12, 2016